UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELVIN L. JAMES,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TASHEENA COOKE, et al.,<br><br>　　　　　　　　Defendants. | Case No.  2:24-cv-01049-RFB-BNW<br><br>ORDER |

　　　　Before the Court are Plaintiff's motion for default judgment (ECF No. 20) and two motions to show cause (ECF Nos. 22, 23). Plaintiff requests the Court for a judgment by default because the Defendants did not file an answer in this case. (ECF No. 20 at 1.) And he files two motions to show cause, which appear to request that the Court order the Defendants to show cause why they should not be held in contempt for violating a court order. (ECF Nos. 22, 23.)

　　　　Plaintiff's motions were filed at the pre-service screening stage of the litigation, which means that the Defendants have not yet been served. Because the Defendants have not been served, they were not required to respond to any of Plaintiff's filings. Therefore, the Court denies Plaintiff's motions (ECF Nos. 20, 22, 23) without prejudice as premature.

　　　　DATED THIS 26 day of June 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1